AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| DARRYL W. RACKLEY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security,  )<br>  )<br>   Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br>**7:12-CV-189-BO** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 21] is DENIED, and the decision of the ALJ is REMANDED to the Acting Commissioner for further proceedings.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**September 13, 2013**</u> WITH A COPY TO:

Jonathan P. Miller (via CM/ECF electronic notification)
Jamie D. Dixon (via CM/ECF electronic notification)

| | |
|---|---|
|  September 13, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina